

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2018

No. 04-18-00025-CV

Roderick **SANCHEZ**, In His Official Capacity as Director, Development Services Department, City of San Antonio, and Development Services Department, City of San Antonio, Appellants

v.

**BOARD OF ADJUSTMENT FOR THE CITY OF SAN ANTONIO** and Map Industries, LLC d/b/a U-Pull-It, Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-02439
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Appellees' brief was due August 10, 2018. On the due date, appellees filed a motion for extension of time requesting an additional forty-nine days in which to file their brief. The motion is unopposed. After review, we **GRANT** appellees' motion and **ORDER** appellees to file their brief in this court **on or before September 28, 2018**.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court